**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **G AND G PEPPERS, LLC,** ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | |
| ) | No. 1:09-cv-00489 |
| **EBRO FOODS, INC., ET. AL.,** ) | |
| ) | **Judge James B. Zagel** |
| Defendants. ) | |
| ) | |
| ) | |
| In re: ) | |
| ) | |
| **G AND G PEPPERS, LLC,** ) | |
| ) | |
| Appellant, ) | |
| v. ) | **Civil Case No.: 10-cv-1843** |
| ) | |
| **EBRO FOODS, INC.** ) | **Judge Gary Feinerman** |
| ) | |
| Appellee. ) | |
| ) | |

**NOTICE OF MOTION**

TO: Forrest L. Ingram
Forrest L. Ingram, P.C.
79 W. Monroe, Suite 900
Chicago, IL 60603

PLEASE TAKE NOTICE that on November 9, 2010, at 10:15 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge James B. Zagel, or any judge sitting in his stead, in the courtroom usually occupied by him, Courtroom 2503, 219 S. Dearborn Street, Chicago, IL, and then and there present Plaintiff's Motion to Consolidate Proceedings, a copy of which is attached hereto and served upon you.

Craig A. Stokes
STOKES LAW OFFICE LLP           s/ Craig A. Stokes
3330 Oakwell Court, Suite 225    One of the attorneys for Plaintiff
San Antonio, TX 78218
(210) 804-0011

2

**<u>CERTIFICATE OF SERVICE</u>**

      The undersigned, Craig A. Stokes, counsel for G and G Peppers LLC, hereby certifies that a copy of this notice and attached motion was served upon the above addressee by faxing and placing same in the U.S. mail, first class postage prepaid, on this the 3rd day of November, 2010.

                                                      <u>s/ Craig A. Stokes</u>
                                                       Craig A. Stokes